```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

JOHN DOE, H.M., an individual   )
                                )
            Plaintiff,          )
                                )
        vs.                     )    No. 4:07-CV-2116 (CEJ)
                                )
ST. LOUIS COUNTY, et al.,       )
                                )
            Defendant.          )

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff's motion to consolidate. Defendants have not yet been served.

Plaintiff requests that this matter be consolidated with a similar case bearing the number 4:07-CV-946(ERW). Under Local Rule 4.03, any party "desiring a consolidation of related cases shall file a motion in the case bearing the lowest cause number." Thus, any motion to consolidate must be file in Case No. 4:07-CV-946 (ERW).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to consolidate [#3] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2008.